UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:23-cv-02316-PGB-DCI

HOWARD COHAN,

     Plaintiff,

vs.

CARMEL MANAGEMENT GROUP LLC,
a Florida Limited Liability Company; and
MARY MATHA HOSPITALITY GROUP LLC,
a Florida Limited Liability Company,

     Defendant(s).

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, HOWARD COHAN and his undersigned counsel hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against Defendant, CARMEL MANAGEMENT GROUP LLC, a Florida Limited Liability Company, and MARY MATHA HOSPITALITY GROUP LLC, a Florida Limited Liability Company.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 12, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day via us mail:

CARMEL MANAGEMENT GROUP LLC
c/o JOSEPH, KOOZHAMPALA
3224 S US HIGHWAY ONE
FORT PIERCE, FL 34982

MARY MATHA HOSPITALITY GROUP LLC
 c/o JOSEPH, KOOZHAMPALA
3224 S US HIGHWAY ONE
FORT PIERCE, FL 34982

**Sconzo Law Office, P.A.**
300 Avenue of the Champions, Suite 260
Palm Beach Gardens, FL 33418
Telephone: (561) 729-0940
Facsimile: (561) 491-9459

By: **/s/ Gregory S. Sconzo**
GREGORY S. SCONZO, ESQ
Florida Bar No.: 0105553
**Primary Email:** greg@sconzolawoffice.com
**Primary Email:** samantha@sconzolawoffice.com
**Secondary Email:** shtalia@sconzolawoffice.com